UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ANNIE M. SCALES, | ) | 2:11-CV-01096-PMP-GWF |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHARLES SHORT, *et al.*, | ) | |
| Defendants. | ) | |

The Court having conducted a *de novo* review of the proceedings in this case, and good cause appearing,

**IT IS ORDERED** that the Order and Recommendation of the Honorable George W. Foley, Jr., United States Magistrate Judge (Doc. #4) entered August 22, 2011 is hereby **AFFIRMED**, and that Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

Dated: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge