1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *
                                         )
7    ANNIE M. SCALES,                    )        2:11-CV-01096-PMP-GWF
                                         )
8                    Plaintiff,          )
                                         )
9    v.                                  )               ORDER
                                         )
10   CHARLES SHORT, *et al.*,            )
                                         )
11                                       )
                     Defendants.         )
12   _____)

13          The Court having conducted a *de novo* review of the proceedings in this case, and

14   good cause appearing,

15          **IT IS ORDERED** that the Order and Recommendation of the Honorable George

16   W. Foley, Jr., United States Magistrate Judge (Doc. #4) entered August 22, 2011 is hereby

17   **AFFIRMED**, and that Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

18          Dated: September 6, 2011.

19

20   _____
                                             PHILIP M. PRO
21                                           United States District Judge

22

23

24

25

26